UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONALD W. COVINGTON, JR. | CIVIL ACTION NO. 2:16-cv-12316 |
| | SECTION A(2) |
| VERSUS | |
| | JUDGE ZAINEY |
| NOBLE DRILLING (U.S.) LLC | MAGISTRATE WILKINSON |

## W<span>ITNESS</span> L<span>IST</span>

The Defendant, Noble Drilling (U.S.) LLC, may call the following witnesses at trial of this matter:

1. Lisa Kirkwood
   Noble Drilling (U.S.) LLC

2. Dalton Campbell
   Noble Drilling (U.S.) LLC

3. Derek Manning
   Noble Drilling (U.S.) LLC

4. Leigh Sutherland

5. Damon McCoy

6. Dr. Eric Pearson
   Total Pain Care/Southern Pain Associates

7. Dr. Harry Durgin, Jr.
   Meridian Orthopaedic Clinic

8. Kerry Scott, DO
   Laura Alexander, DO
   Shawn Anderson, DO
   Meridian Medical Associates

9.       Russel McArthur, D.C.
           McArthur Chiropractic
           Meridian, Mississippi

10.      Dr. Arvin Mendoza
           Rig Medic
           Noble Sam Hartley

11.      Dr. Francisco Silva
           Troy Bidez, PA-C
           Acadian Health Services
           Youngsville, Louisiana

12.      Dr. Brian Carrier
           West Houston Medical/Sugar Land Diagnostic Center
           Sugar Land, Texas

13.      Dr. John Vanderzyl
           16902 Southwest Freeway, Suite 100
           Sugar Land, Texas  77479

14.      John W. Theriot, CPA
           Malcolm M. Dienes, LLC
           611 N. Causeway Blvd.
           Metairie, LA 70001
           Expert Economist

15.      Larry S. Stokes, Ph.D
           Larry S. Stokes, Ph.D. & Associates
           5020 Utica Street
           Metairie, LA 70006
           Expert Vocational Rehabilitation Counselor

16.      Gregg Perkin, P.E.
           Garrett Perkin, CSP, OHST
           Engineering Partners International
           1310 Kingwood Drive
           Kingwood, TX 77339
           Experts in Industrial and Oilfield Safety, Safe Work Practices, Engineering, Material Handling Operations, and Safety Management

17.      Dr. Christopher Cenac
           210 New Orleans Boulevard
           Houma, LA 70361
           Expert Orthopedic Surgeon and IME Physician

18. An expert in human factors and/or ergonomics, if necessary

19. Representative(s) of Noble Drilling (U.S.) LLC regarding the Plaintiff's employment, work history, and safety training

20. A representative of one or more of the following, if necessary, to authenticate records and/or one or more of the following doctors to testify concerning medical and/or pharmacy records, treatment, reports, diagnostic tests, and/or films of the Plaintiff:

    a. Center for Work Rehabilitation at the Fontana Center
    b. Anderson Regional Medical Center
    c. Total Pain Care/Southern Pain Associates
    d. Walgreens Pharmacy
    e. CVS Pharmacy
    f. Acadian Health Services
    g. Meridian Orthopaedic Clinic
    h. Meridian Imaging
    i. Meridian Medical Associates
    j. McArthur Chiropractic
    k. Dr. John Vanderzyl
    l. Open Air MRI
    m. West Houston Medical/
    n. Express Scripts
    o. CVS Pharmacyp
    p. Walgreens Pharmacy
    q. AHS Walk-In Clinic

21. A representative of one or more of the following, if necessary, to authenticate records and/or to testify concerning the Plaintiff's employment:

    a. Noble Drilling (U.S.) LLC
    b. Rowan Companies
    c. Hercules Offshore/TODCO

22. Additional witnesses who may be required to rebut statements and/or testimony offered by the Plaintiff, if necessary

23. Any employees of Noble Drilling (U.S.) LLC, who worked with the Plaintiff and/or have knowledge of the claims the Plaintiff is asserting in this case

24. Any individuals on board the PAUL ROMANO and/or SAM HARTLEY at the time of the Plaintiff's alleged incident and/or who worked with the Plaintiff and/or have knowledge of the claims the Plaintiff is asserting in this case

25. Any other witnesses identified in depositions or discovery

26. Any representatives needed to authenticate any records, documents, and/or things

27. Any witnesses listed by any other party

28. Any witnesses necessary for the purposes of impeachment

29. Any other witness called by any other party

Respectfully submitted,

s/ Patrick J. Schepens

---

TIMOTHY W. HASSINGER (#25085)
PATRICK J. SCHEPENS (#32240)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
#3 Sanctuary Blvd, 3rd Floor
Mandeville, Louisiana  70471
Telephone:  (985) 674-6680
Facsimile:   (985) 674-6681
**COUNSEL FOR NOBLE DRILLING (U.S.) LLC**

### CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March, 2017, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.  I also certify that I have forwarded this filing by regular U.S. Mail, postage pre-paid, this same day to all non-CM/ECF participants.

s/ Patrick J. Schepens

---

PATRICK J. SCHEPENS