UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONALD W. COVINGTON, JR. | CIVIL ACTION NO. 2:16-cv-12316 |
| VERSUS | SECTION A(2) |
| | JUDGE ZAINEY |
| NOBLE DRILLING (U.S.) LLC | MAGISTRATE WILKINSON |

## EXHIBIT LIST

The Defendant, Noble Drilling (U.S.) LLC, may introduce the following exhibits at trial of this matter:

1. Unplanned Event Consequence Report dated September 17, 2015

2. Individual's Statement of Injury or Illness dated September 17, 2015

3. Unplanned Event Consequence Report dated March 8, 2016

4. Individual's Statement of Injury or Illness dated March 8, 2016

5. Rig Medical Treatment Authorization Form dated March 8, 2016

6. Noble Corporation Hotline Phone dated April 19, 2016

7. Unplanned Event Consequence Report dated April 21, 2016

8. Individual's Statement of Injury or Illness dated April 21, 2016

9. Rig Medic Treatment Authorization dated April 21, 2016

10. Plaintiff's Handwritten Notes from April to May 2016

11. Statement of Dr. Arvin Mendoza dated July 6, 2016

12. Plaintiff's Personnel File from Noble Drilling (U.S.) LLC

13. Plaintiff's Benefits Records with Noble Drilling (U.S.) LLC

14. Plaintiff's Training Records from Noble Drilling (U.S.) LLC

15. Pre-Job / Tour Safety Meeting Forms and HSE Reports dated September 10, 2015 through September 29, 2015

16. Pre-Job / Tour Safety Meeting Forms dated August 27, 2015 through September 2, 2015 and September 29, 2015 through October 6, 2015

17. Noble Drilling Report of Crew Weekly Safety Meetings dated September 14, 2015; September 21, 2015; and September 28, 2015

18. Noble Drilling Report of Crew Safety Meetings dated September 1, 2015 and October 3, 2015

19. Weekly Sanitation and Accommodation Inspection Reports

20. Emergency Drill Reports

21. Life Saving Equipment Reports

22. DROPS Rig Management Meeting Notes

23. Noble PAUL ROMANO BSEE Checklists

24. Noble Hazard Hunt Forms

25. Personnel on Board reports dated September 10, 2015 through September 24, 2015 attached.

26. Job descriptions for Electrician Assistant, Rig Manager, and Safety Training Supervisor

27. Noble P2R Site Map and relevant sections

28. U.S. Coast Guard Department of Homeland Security Certificate of Compliance and American Bureau of Shipping Mobile Offshore Drilling Unit Safety Certificate for the PAUL ROMANO

29. Noble PAUL ROMANO Daily Drilling Reports for August 1, 2015 through October 1, 2015.

30. Noble SAM HARTLEY Daily Drilling Reports for April 13, 2016 through April 21, 2016.

31. Noble Electrical Isolation Certificate dated September 17, 2015

2

32. Noble Permit-to-Work dated September 17, 2015

33. Noble General Electronics Troubleshooting/Maintenance JSA dated September 17, 2015

34. Medical Records for the Plaintiff, including but not limited to, the following:

    a. Center for Work Rehabilitation at the Fontana Center
    b. Anderson Regional Medical Center
    c. Total Pain Care/Southern Pain Associates
    d. Walgreens Pharmacy
    e. CVS Pharmacy
    f. Acadian Health Services
    g. Meridian Orthopaedic Clinic
    h. Meridian Imaging
    i. Meridian Medical Associates
    j. McArthur Chiropractic
    k. Open Air MRI
    l. West Houston Medical/Sugar Land Diagnostic Center
    m. Express Scripts
    n. CVS Pharmacy
    o. Walgreens Pharmacy
    p. AHS Walk-In Clinic

35. Plaintiff's employment, personnel, earning, medical, and training records from:

    a. Noble Drilling (U.S.) LLC
    b. Rowan Companies
    c. Hercules Offshore/TODCO

36. Plaintiff's educational records and transcripts

37. Any curriculum vitae and reports of any experts and/or physicians testifying at trial

38. All discovery responses provided in this matter by the Plaintiff

39. Plaintiff's IRS, Social Security and/or other wage records

40. Photographs, drawings, and/or schematics of the PAUL ROMANO and/or light fixtures on the rig

41. Post Employment Conditional Offer and Periodic Physical Examination and related forms

42. Personnel files of Leigh Sutherland, Dalton Campbell, and Derek Manning

43. Any data, reports, and/or other documents issued and/or relied on by any experts and/or physicians testifying at trial

44. Any and all drawings, diagrams, models, charts, illustrative boards, or other demonstrative evidence prepared in connection with this matter

45. Any document or thing listed by any other party and/or person, and/or produced in discovery

46. Any e-mails and/or correspondence concerning maintenance and cure

47. Any pleadings filed in this matter and/or other lawsuits filed by the Plaintiff.

48. Any depositions taken in this matter, if necessary and permitted under the Federal Rules of Civil Procedure

Respectfully submitted,

s/ Patrick J. Schepens

_____
TIMOTHY W. HASSINGER (#25085)
PATRICK J. SCHEPENS (#32240)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
#3 Sanctuary Blvd, 3rd Floor
Mandeville, Louisiana  70471
Telephone:  (985) 674-6680
Facsimile:  (985) 674-6681
**COUNSEL FOR NOBLE DRILLING (U.S.) LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of March, 2017, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.  I also certify that I have forwarded this filing by regular U.S. Mail, postage pre-paid, this same day to all non-CM/ECF participants.

s/ Patrick J. Schepens
_____
PATRICK J. SCHEPENS